# UNITED STATES DISTRICT COURT

Eastern District of Tennessee (Agency: DEA)

UNITED STATES OF AMERICA

v.

DUSTIN AMOS BARNETTE

**WARRANT FOR ARREST**

Case Number: 2:19-CR-196
SEALED

RECEIVED BY: Max
DATE: 12.10.2019  TIME: 1:00
U.S. MARSHAL E/TN
GREENEVILLE, TN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DUSTIN AMOS BARNETTE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

charging him or her with:

Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)); and
Possess with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

(as more fully set out in the attached indictment)

in violation of Title ___See above___ United States Code, Section(s)

JOHN L. MEDEARIS, CLERK
Name of Issuing Officer

Clerk
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

Dec. 10, 2019 at Greeneville, Tennessee
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at KINGSPORT, TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/12/19 | PAUL GLASSMYER, DUSM | Paul Glassmyer |